IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| MOUSSA DIARRA, | * |
| Petitioner, | * |
| v. | Case No. 5:21-cv-00273-MTT-CHW |
| | * |
| SECRETARY OF STATE C RICE, | |
| | * |
| Respondent. | |
| | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated August 5, 2021, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Petitioner shall recover nothing of Respondent.

This 6th day of August, 2021.

David W. Bunt, Clerk

s/ Tydra Miller, Deputy Clerk